NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERT M. ROBINSON,                       )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No.  2D18-130
                                          )
SECTION 23 PROPERTY OWNER'S               )
ASSOCIATION, INC.; NANCY PERAINE;         )
JOSEPH WILFRED HARRIS; NICHOLAS           )
THEISS; VICTORIA CRAIG; CHARLES           )
DONALD PETERS; RONALD                     )
DAUGHERTY; KATHLEEN GILL; HARVEY          )
GOLDSTEIN; PEER BUILDERS;                 )
CARLSON & SOFORTH; EARLE JAY              )
CARLSON; RONALD E. WOODS; KAREN           )
LYNNE PERRY; and TERESA LYNN              )
BOUCHER,                                  )
                                          )
            Appellees.                    )
_____ )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Sarasota
County; Kimberly C. Bonner, Judge.

Albert Robinson, pro se.

Richard Akin II of Henderson, Franklin,
Starnes & Holt, P.A., Fort Myers, for
Appellees.


PER CURIAM.


            Affirmed.

LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.